**Order entered March 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00990-CV

## IN RE CHG SENIOR LIVING OF FORNEY, LLC D/B/A THREE FORKS SENIOR LIVING OF FORNEY, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-20607**

### ORDER
Before Justices Osborne, Pedersen, III, and Goldstein

Before the Court is relator's November 10, 2021 petition for writ of mandamus in which relator challenges the trial court's denial of the Rule 91a motion to dismiss the claims for breach of contract, premises liability, and ordinary negligence.

We request that real party in interest and respondent file a response, if any, to the petition for writ of mandamus by **April 4, 2022**.

/s/    LESLIE OSBORNE
       JUSTICE